**STATE OF MONTANA,**
    **Plaintiff,**                       **No. DC-02-98**
**vs.**                                  **Decision**
**AUDIE W. ANDERSON,**
    **Defendant.**

On January 22, 2003, the defendant was sentenced to Twenty (20) years in the Montana State Prison, with ten (10) years suspended for the offense of Attempted Aggravated Assault, a felony. The sentence to run consecutive to the sentence imposed in Ravalli County Cause No. DC-94-88.

On April 1, 2004, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Milton Datsopoulos. The state was represented by George Corn.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

The Division finds that the reasons advanced for modification are sufficient to hold that the sentence imposed by the District Court is clearly excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be modified to Twenty (20) years in the Montana State Prison, with ten (10) years suspended, to be served prior to the sentence imposed in Ravalli County Cause No. DC-94-88.